# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152562(77)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

DAVID ROARK,
        Defendant-Appellee.
_____/

SC: 152562
COA: 316467
Wayne CC: 08-009312-FC

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief to June 24, 2016, is GRANTED. The time for filing the supplemental brief of plaintiff-appellant is also extended to June 24, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2016



Clerk